United States Bankruptcy Court
Northern District of Ohio

In re:                                                 Case No. 22-12276-aih
Alexander R. Sainato                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1                              User: admin                                        Page 1 of 3
Date Rcvd: Aug 04, 2022                   Form ID: 309A                                  Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexander R. Sainato, 11160 Snowville Rd, Brecksville, OH 44141-3402 |
| 27286896 | + | Aaron Cole, 3962 Red Bank Rd, Cincinnati, OH 45227-3408 |
| 27286887 | + | Akron Children's Hospital, One Perkins Square, Akron, OH 44308-1062 |
| 27286888 | + | All Construction Services, 945 Industrial Parkway, Brunswick, OH 44212-4321 |
| 27286892 | + | Cedar Brainard Townhomes LLC, 3401 Enterprise Pkwy, Suite 205, Beachwood, OH 44122-7340 |
| 27286893 | + | Certa Pro Painting, 30628 Detroit Rd, Suite 130, Westlake, OH 44145-5844 |
| 27286895 | + | Cleveland Craftsmen Corp, 256 S Point Dr, Avon Lake, OH 44012-1961 |
| 27286899 | + | Cuyahoga County Common Pleas Court, 1200 Ontario Street, Cleveland, OH 44113-1678 |
| 27286900 | + | Dominion East Ohio, PO Box 26666, Richmond, VA 23261-6666 |
| 27286901 | + | Erie Materials Inc, PO Box 476, Syracuse, NY 13211-0476 |
| 27286930 | + | Ernest Thomas, 2323 Park Ave, Cincinnati, OH 45206-2711 |
| 27286904 | + | Fairview General Hospital, 18101 Lorain Avenue, Cleveland, OH 44111-5656 |
| 27286908 | + | Frank Novak & Sons Inc., 23940 Miles Rd, Cleveland, OH 44128-5425 |
| 27286911 | #+ | Group Management Services, 3750 Timberlake Dr, Richfield, OH 44286-9187 |
| 27286915 | + | Jack N Kraszewski, 1942 Edgerton Rd, Broadview Heights, OH 44147-3019 |
| 27286913 | + | Jerome Grauer & Associates LTD, 55 Public Square, Suite 1950, Cleveland, OH 44113-1972 |
| 27286910 | + | Jessica Goldstein, 495 Metro Place S, Suite 360, Dublin, OH 43017-5399 |
| 27286902 | + | Keith Esposito, 471 East Broad Street, 12th Fl, Columbus, OH 43215-3806 |
| 27286914 | | Kral Building Supply, 31010 Akins Rd, North Royalton, OH 44133 |
| 27286897 | + | Mark F Craig, 4325 Liberty Ave #255, Vermilion, OH 44089-2167 |
| 27286916 | + | Mercedes Benz Financia, PO Box 5208, 5505 N Cumberland Ave, Chicago, IL 60656-4758 |
| 27286919 | + | NPAS Solutions, PO Box 505606, Saint Louis, MO 63150-5606 |
| 27286923 | + | Neil Sander, 250 E Town St, Suite 200, Columbus, OH 43215-4631 |
| 27286921 | #+ | Obar Door and Gate Co Inc., 5285 Commerce Pkwy W, Cleveland, OH 44130-1272 |
| 27286924 | + | Richard Selby, 60 S Park Place, Painesville, OH 44077-3417 |
| 27286933 | + | Robert B Weltman, Lakeside Place, Suite 200, Cleveland, OH 44113-1023 |
| 27286925 | + | Southwest General, 18697 East Bagley Road, Middleburg Heights, OH 44130-3497 |
| 27286927 | + | State of Ohio, Office of the Attorney General, 615 Superior Avenue NW, Cleveland, OH 44113-1899 |
| 27286929 | + | Team Recovery, Inc, Attn: Bankruptcy, Po Box 1643, Stowe, OH 44224-0643 |
| 27286931 | + | Torres Credit Services Inc, 27 Fairview Street, PO Box 189, Carlisle, PA 17013-0189 |
| 27286932 | + | Travis Beastrom dba TB Painting, 1425 Wagar Ava, Lakewood, OH 44107-3638 |
| 27286934 | + | Zipkin Whiting, 3637 Green Rd, Beachwood, OH 44122-5717 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jrabin@rabinandrabin.com | Aug 04 2022 20:43:00 | Julie E. Rabin, Rabin & Rabin CO., LPA, 55 Public Square, Suite 2100, Cleveland, OH 44113 |
| tr | | EDI: QAJTREINISH.COM | Aug 05 2022 00:43:00 | Alan J. Treinish, 50 Public Square, Suite 3301, Cleveland, OH 44113-2234 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Aug 04 2022 20:44:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH |

| Recipient ID | | Method | Date/Time | Name/Address |
| --- | --- | --- | --- | --- |
| 27286889 | + | EDI: PHINAMERI.COM | Aug 05 2022 00:43:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 27286890 | + | Email/PDF: bncnotices@becket-lee.com | Aug 04 2022 20:46:37 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 27286891 | + | EDI: CAPITALONE.COM | Aug 05 2022 00:43:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 27286898 | + | EDI: CCS.COM | Aug 05 2022 00:43:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 27286909 | + | Email/Text: BKRMailOps@weltman.com | Aug 04 2022 20:44:00 | Daniel Friedlander, 965 Keynote Cir, Independence, OH 44131-1829 |
| 27286903 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Aug 04 2022 20:46:28 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 27286905 | | Email/Text: jill@ffcc.com | Aug 04 2022 20:43:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 27286906 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 04 2022 20:43:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 27286907 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 04 2022 20:43:00 | First National Bank of Pennsylvania, 4140 E State St, Hermitage, PA 16148-3401 |
| 27286912 | + | Email/Text: bankruptcy@huntington.com | Aug 04 2022 20:44:00 | Huntington National Bank, Po Box 1558, Columbus, OH 43216-1558 |
| 27286894 | | EDI: JPMORGANCHASE | Aug 05 2022 00:43:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 27286917 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2022 20:44:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 27286918 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 04 2022 20:44:00 | Nationwide Credit Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 27286920 | + | Email/Text: nwright@oac.bz | Aug 04 2022 20:43:00 | OAC Collection Specialists, Attn: Bankruptcy, Po Box 500, Baraboo, WI 53913-0500 |
| 27286922 | + | Email/Text: bk@revenuegroup.com | Aug 04 2022 20:44:00 | Revenue Group, 3711 Chester Ave, Cleveland, OH 44114-4623 |
| 27286926 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Aug 04 2022 20:44:00 | State of Ohio, Department of Taxation, PO Box 530, Attn: Bankruptcy Dept., Columbus, OH 43216-0530 |
| 27286928 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 04 2022 20:43:00 | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan J. Treinish | alan@treinishlpa.com atreinish@ecf.axosfs.com |
| Julie E. Rabin | on behalf of Debtor Alexander R. Sainato jrabin@rabinandrabin.com |

TOTAL: 2

| | | | |
|---|---|---|---|
| | Information to identify the case: | | |
| Debtor 1: | Alexander R. Sainato<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8410<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Northern District of Ohio | Date case filed for chapter: 7   8/2/22 | |
| Case number: | 22–12276–aih | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Alexander R. Sainato | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11160 Snowville Rd<br>Brecksville, OH 44141 | |
| 4. | **Debtor's attorney**<br>Name and address | Julie E. Rabin<br>Rabin & Rabin CO., LPA<br>55 Public Square<br>Suite 2100<br>Cleveland, OH 44113 | Contact phone 216-771-8084<br>Email: jrabin@rabinandrabin.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Alan J. Treinish<br>50 Public Square<br>Suite 3301<br>Cleveland, OH 44113-2234 | Contact phone (216) 566-7022<br>Email: alan@treinishlpa.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                             page 1

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court Howard M. Metzenbaum U.S. Courthouse 201 Superior Avenue Cleveland, OH 44114–1235 | Hours open: 9:00 AM – 4:00 PM Contact phone 216–615–4300 Date: 8/4/22 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 30, 2022 at 11:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **\*\*\* Valid photo identification required \*\*\*** **\*\*\* Proof of Social Security Number required \*\*\*** | Location: **341 meeting will be conducted remotely. Please check the docket or with the case trustee for procedures.** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 10/31/22** **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |