UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:                                                             Bankr. Case No. 22-12276-7

ALEXANDER R. SAINATO                                     Chapter 7

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing Ltd. d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By /s/ Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:  Bankr. Case No. 22-12276-7

ALEXANDER R. SAINATO  Chapter 7

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 18, 2022 :

| | |
|---|---|
| JULIE E RABIN<br>55 PUBLIC SQ<br>CLEVELAND, OH  44113 | Alan J. Treinish<br>50 Public Square<br>Suite 924<br>Cleveland, OH 44113-2203 |

By /s/ Lorenzo Nunez
    Lorenzo Nunez

xxxxx80635 / 1060137